**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

C.R.H., :
Petitioner, :
v. : Case No. 4:26-cv-101-CDL-AGH
: 28 U.S.C. § 2241
Warden, STEWART DETENTION CENTER, :
Respondent. :

**ORDER**

On September 9, 2026, the District Judge rejected the Magistrate Judge's Recommendation and remanded for her consideration the issue of whether Petitioner's parole was unlawfully revoked. Order 7, ECF No. 15. The Court recognizes that this issue was briefed in the petition (ECF No. 1) and in the response in opposition to the petition (ECF No. 6). Even so, the parties shall have an opportunity to file supplemental briefing on the issue, should they believe it is necessary to do so. Petitioner shall have fourteen (14) days from the date of this order to file a supplemental brief. Thereafter, Respondent shall have seven (7) days to file a reply. The parties' briefs shall not exceed ten (10) pages.

**SO ORDERED**, this 3rd day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE